UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:17-CR-42-T-17CPT

WALTER HUGO RODRIGUEZ LOPEZ.

_____/

ORDER

This cause is before the Court on:

Dkt. 238    Motion to Reduce Sentence

Defendant Walter Hugo Rodriguez Lopez, *pro se*, has submitted a letter Motion seeking the Court's assistance.

The Court has reviewed the record. The Court notes that Defendant entered into a Plea Agreement (Dkt. 87), pleading guilty to Count 1 of the Indictment. Defendant Lopez was sentenced on February 23, 2018 to a term of 135 months of imprisonment, a term of 60 months supervised release, fine waived, and a special assessment fee of $100.00. (Dkts. 203, 204).

The Court notes that the Plea Agreement contains an appeal waiver (Dkt. 87, p. 17). Defendant Lopez had the assistance of counsel and an interpreter in entering Defendant's plea.

At sentencing, the Court made recommendations to the Bureau of Prisons. If Defendant Lopez has a grievance about any of the conditions of Defendant's custody, Defendant Lopez must first pursue the grievance through the internal administrative procedures that are available to Defendant.

After reviewing the record, the Court does not perceive any basis to reduce Defendant Lopez' sentence. The Court urges Defendant Lopez to consult the resources that are available where Defendant Lopez is in custody.

After consideration, the Court denies Defendant Lopez' Motion without prejudice. In the event that Defendant Lopez wants to pursue further relief,

the Court requests that any motion that Defendant Lopez files is written in English. Accordingly, it is

    **ORDERED** that *pro se* Defendant Walter Hugo Rodriguez Lopez' Construed Motion to Reduce Sentence (Dkt. 238) is **denied without prejudice**,

    **DONE and ORDERED** in Chambers in Tampa, Florida on this 4th day of December, 2019.



ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record

***Pro Se*** Defendant

Walter Hugo Rodriguez Lopez
68307-017
JESUP
A-3
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
2680 Highway 301 South
Jesup, GA    31599